IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HOLLY WILLIAMS and TYRONE WILLIAMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ST. JOHN'S HOSPITAL OF THE HOSPITAL ) <br> SISTERS OF THE THIRD ORDER OF ) <br> ST. FRANCIS, ) <br> Defendant. ) | Case No.: 3:17-cv-3292 |

**JOINT STIPULATION OF DISMISSAL**

The parties to this action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate the following:

1. The parties stipulate that all claims in this matter shall immediately be dismissed with prejudice in their entirety, with each party incurring its/their own attorneys' fees and costs.

Respectfully submitted,

By:  /s/ Jennifer M. Sender
   Jennifer M. Sender
   Andrés J. Gallegos
   Robbins, Salomon & Patt, Ltd.
   180 N. LaSalle, Suite 3300
   Chicago, Illinois 60601
   (312) 782-9000 - Telephone
   (312) 782-6690 - Facsimile
   jsender@rsplaw.com
   agallegos@rsplaw.com

*Attorneys for Plaintiffs*

   <u>/s/ Nathan L. Wetzel</u>

Nathan L. Wetzel
GRAHAM & GRAHAM, LTD.
1201 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 523-4569
Fax: (217) 523-4656
nlwetzel@ggltdlaw.com

*Attorneys for HSHS St. John's Hospital, an Illinois not-for-profit Corporation*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 27, 2018, she served a true and correct copy of the above JOINT STIPULATION OF DISMISSAL by filing the same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan L. Wetzel
Graham & Graham, Ltd.
1201 South Eighth Street
Springfield, Illinois 62703
nlwetzel@ggltdlaw.com

/s/Jennifer M. Sender
Jennifer M. Sender (ARDC No. 6207774)
Andrés J. Gallegos (ARDC No. 6212168)
Attorneys for Plaintiffs
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
(312) 782-6690 - Facsimile
jsender@rsplaw.com
agallegos@rsplaw.com